# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Imhotep Jordan, Jr

                **V.**                    **JUDGMENT IN A CIVIL CASE**

S Coronado

                                            **CASE NUMBER:**    11CV1156-BTM-MDD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this civil action is Dismissed without prejudice for failing to comply with the Court's May 31, 2011 Order.

| August 11, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk
ENTERED ON August 11, 2011